**ORIGINAL**

☑ FILED ☐ LODGED
☐ RECEIVED ☐ COPY

AUG 23 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ P DEPUTY

Name & Address:
Dennis L. Wilson (155407) / Caroline Y. Bussin (239343)
Kilpatrick Townsend & Stockton LLP
9720 Wilshire Boulevard, Penthouse Suite
Beverly Hills, CA 90212

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARAMOUNT PICTURES CORPORATION, a Delaware Corporation<br><br>Plaintiff(s)<br>v.<br>USA CINEMAS LOS BANOS INC., a California corporation, and JOHN BENTLEY, an individual<br><br>Defendant(s) | CASE No.<br><br>MC-13-0073-PHX<br><br>CV 09-08436 GAF (JEMx)<br><br>**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT** |

I _____Terry Nafisi_____, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __April 22, 2010__
<br>                                                                                                                                                              *Date*

as it appears in the record of this court, and that* *(see below)*

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on __AUG 1 4 2013__
<br>                                                                                                                                                              *Date*

**TERRY NAFISI**
CLERK, U.S. DISTRICT COURT

By: _____/s/ Marilyn Daun_____
Deputy Clerk

---

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed."

"No notice of appeal from this judgment has been filed, any motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"An appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[NOTE: The motions listed in Rule 4(a), Federal Rules of Appellate Procedure are: judgment not withstanding the verdict; amend or make additional findings of fact; alter or amend the judgment; new trial; and extension of time for filing a notice of appeal.]

---

CV-101 (03/10)    CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

JS-6

1  Dennis L. Wilson (Bar No. 155407)
   dwilson@kmwlaw.com
2  David K. Caplan (Bar No. 181174)
   dcaplan@kmwlaw.com
3  Tara D. Rose (Bar No. 256079)
   trose@kmwlaw.com
4  KEATS McFARLAND & WILSON LLP
   9720 Wilshire Boulevard
5  Penthouse Suite
   Beverly Hills, California 90212
6  Telephone: (310) 248-3830
   Facsimile: (310) 860-0363
7
8  Attorneys for Plaintiff
   Paramount Pictures Corporation
9
10
11              UNITED STATES DISTRICT COURT
12              CENTRAL DISTRICT OF CALIFORNIA
13                    WESTERN DIVISION
14
   PARAMOUNT PICTURES              Case No.: CV 09-08436 GAF (JEMx)
15 CORPORATION, a Delaware
   corporation,                    **DEFAULT JUDGMENT AGAINST**
16                                 **DEFENDANTS USA CINEMAS LOS**
                   Plaintiff,      **BANOS AND JOHN BENTLEY**
17
             v.
18
   USA CINEMAS LOS BANOS INC., a
19 California corporation, and JOHN
   BENTLEY, an individual,
20
                   Defendants.
21
22
23
24
25
26
27
28
                                              CASE NO. CV 09-08436 GAF (JEMx)
                                       DEFAULT JUDGMENT AGAINST DEFENDANTS USA
                                                          CINEMAS LOS BANOS
                                                         INC. AND JOHN BENTLEY

1  Plaintiff Paramount Pictures Corporation ("Paramount"), having filed a
2  Complaint in this action against defendants USA Cinemas Los Banos Inc. and John
3  Bentley (hereinafter, "Defendants") (Paramount and Defendants are hereinafter
4  collectively referred to as the "Parties"), the Court Clerk having entered default
5  against Defendants, and the Court having considered and granted Paramount's Motion
6  for Default Judgment against Defendants,

**IT IS ORDERED, ADJUDGED AND DECREED:**

1. Paramount's Motion for Default Judgment against Defendants is granted.

2. Default judgment is hereby entered against Defendants and in favor of Paramount on all claims in Paramount's Complaint.

3. Defendants have willfully violated Paramount's intellectual property, contractual, and other rights, and Defendants are liable for copyright infringement pursuant to 17 U.S.C. § 501 and breach of contract.

4. Judgment is hereby entered in favor of Paramount in the amount of $150,000.00 as statutory damages, pursuant to 17 U.S.C. § 504(c)(2).

5. Defendants, and any present or future related entities, are immediately and permanently enjoined and restrained throughout the world from:

   A. Infringing upon any Paramount motion picture, including the Paranormal Activity motion picture; and

   B. Using, displaying, publicly performing or exhibiting, reproducing, distributing, selling or offering for sale, any Paramount motion picture, including Paranormal Activity, without prior authorization from Paramount.

6. Paramount is hereby awarded its reasonable attorneys' fees in the amount of $3,600.00, pursuant to Local Rule 55-3.

7. Paramount is hereby awarded its costs of suit pursuant to 15 U.S.C. § 505, in the amount of $917.90 for filing and service fees, $8.12 for long distance

Case 2:09-cv-08436 GAF-JEM   Document 24   Filed 04/  /10   Page 3 of 3

1 telephone and facsimile, $37.20 for photocopying and $16.07 for postage, for a total
2 amount of $979.29.
3   8. The Court retains jurisdiction of the Parties and of this matter for the
4 purposes of interpretation, execution or modification of this Judgment, making any
5 further orders necessary or proper for the enforcement of or compliance with this
6 Judgment and for the punishment of any violations thereof.

8 Dated April 22, 2010

_____
Honorable Gary A. Feess
United States District Court Judge

11 Presented by:

12 DENNIS L. WILSON
13 DAVID K. CAPLAN
14 TARA D. ROSE
KEATS McFARLAND & WILSON LLP
15 9720 Wilshire Blvd.
16 Penthouse Suite
Beverly Hills, CA 90212
17 (310) 248-3830

19        /s/
_____
20 Dennis L. Wilson
Attorneys for Plaintiff
21 Paramount Pictures Corporation

I hereby attest and certify on 8/14/2013
that the foregoing document is a full, true
and correct copy of the original on file in
my office, and in my legal custody.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

DEPUTY CLERK



-2-     CASE NO. CV 09-08436 GAF (JEMx)
DEFAULT JUDGMENT AGAINST DEFENDANTS USA
CINEMAS LOS BANOS
INC. AND JOHN BENTLEY